IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) XENYA TAIMI RIVERA-RIVERA**<br>2) JULIA ELENA RIVERA-MONTIJO<br>Defendants | CRIMINAL 12-0149CCC |

**ORDER**

Having considered the Report and Recommendation filed on October 23, 2012 (**docket entry 94**) on a Rule 11 proceeding of defendant Xenya Taimí Rivera-Rivera (1) held before U.S. Magistrate Judge Silvia Carreño-Coll on October 12, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 12, 2012. The **sentencing hearing is set for January 31, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge